

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA          :

       - v. -                 :   <u>ORDER</u>

JORGE LUIS GARZA,                 :   07 CR. 260

       Defendant.              :

- - - - - - - - - - - - - - - - - -X

      Upon application of the United States of America, by and through Assistant United States Attorney Jocelyn Strauber, it is hereby ORDERED that Indictment 07 Cr. 260, which was filed under seal on or about April 4, 2007, be and hereby is unsealed.

SO ORDERED.

Dated:   New York, New York
          May 9, 2007

                                          UNITED STATES MAGISTRATE JUDGE
                                          SOUTHERN DISTRICT OF NEW YORK

HON. MICHAEL H. DOLINGER
United States Magistrate Judge
Southern District of New York

MAY 09 2007