

U.S. Department of Justice

United States Attorney
Southern District of New York

**MEMO ENDORSED**

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/07

July 12, 2007

**By Hand**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street - Room 1310
New York, NY 10007

RECEIVED JUL 16 2007 JUDGE KAPLAN'S CHAMBERS

  Re: *United States v. Jorge Luis Garza*
    07 Cr. 260 (LAK)

Dear Judge Kaplan:

  The defendant in the above-captioned case was arrested in the Southern District of Texas pursuant to the above-referenced Indictment, and he is scheduled to be presented and arraigned in Magistrate Court on July 16, 2007 pursuant to Your Honor's referral. I have informed Your Honor's Deputy Clerk that the parties will propose mutually convenient dates for the first pre-trial conference.

  The Government respectfully requests that time be excluded from today until July 16, 2007 under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) to permit the Government to gather discovery and because the ends of justice outweigh the defendant's and the public's interest in a speedy trial. I have spoken to defense counsel, B. Alan Seidler, Esq., and he has indicated that there is no objection to this request.

**MEMO ENDORSED**
Granted
SO ORDERED
L. A. Kaplan, USDJ 7/16/07

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Brendan R. McGuire
Assistant United States Attorney
212.637.2220

cc: B. Alan Seidler, Esq. (via fax)