LAW OFFICE
OF
**B. ALAN SEIDLER**

580 BROADWAY
NEW YORK, NEW YORK 10012

TELEPHONE
(212) 334-3131
(888) 247-0243
FACSIMILE
(212) 334-2211

September 10, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/07

Hon. Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

By FAX

re: USA v. Garza
07 Cr 260 (LAK)

Dear Judge Kaplan;

Defendant respectfully requests a 2 week extension to file motions to September 24, 2007. We have had much difficulty arranging for defendant to receive, and then review the case CDs at the MDC.
AUSA McGuire consents to this request.

Very truly yours,

B. Alan Seidler

cc: AUSA Brendan McGuire, by FAX, x2387
bas/ee

Granted
SO ORDERED

LEWIS A. KAPLAN, USDJ
9/10/07