```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,      :    ELECTRONICALLY FILED

     - v. -                    :    07 Cr. 260 (LAK)

JORGE LUIS GARZA,              :
                                    NOTICE OF APPEARANCE
          Defendant.           :    AND REQUEST FOR
                                    ELECTRONIC NOTIFICATION
- - - - - - - - - - - - - - - - x
```

TO: Clerk of Court
    United States District Court
    Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Dated: New York, New York
       June 9, 2008

                                   Respectfully submitted,

                                   MICHAEL J. GARCIA
                                   United States Attorney for the
                                   Southern District of New York

                          By:      /s/ John P. Cronan
                                   JOHN P. CRONAN
                                   Assistant United States Attorney
                                   Tel.: (212) 637-2779
                                   Fax:  (212) 637-2390

Copy To:  B. Alan Seidler, Esq.
          580 Broadway, Room 717
          New York, NY 10012
          *Electronically and by
          First Class Mail*