**Certificate of Service**

I, John P. Cronan, Assistant United States Attorney for the Southern District of New York, hereby certify that on June 9, 2008, I caused a copy of the foregoing Notice of Appearance and Request for Electronic Notification to be served by first class mail upon the following:

>B. Alan Seidler, Esq.
>580 Broadway, Room 717
>New York, NY 10012

Dated:   June 9, 2008
         New York, New York

>         /s/ John P. Cronan
>JOHN P. CRONAN
>Assistant United States Attorney